**Bertha Alicia REYNOSO de TORO, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–72103.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2011.*

Filed April 13, 2011.

Bertha Alicia Reynoso de Toro, San Ysidro, CA, pro se.

Richard Zanfardino, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

MEMORANDUM **

Bertha Alicia Reynoso de Toro, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's decision finding her inadmissible for engaging in alien smuggling. We dismiss the petition for review.

We lack jurisdiction to review Reynoso de Toro's contention that she is eligible for a waiver of inadmissibility under 8 U.S.C. § 1182(d)(11) because she failed to exhaust her administrative remedies by raising this contention before the BIA. *See Barron v. Ashcroft,* 358 F.3d 674, 677–78 (9th Cir. 2004).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.